UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: **March 13, 2019**

TIME IN HEARING: 1:09-1:35 p.m. (26 Minutes)

08-cr-00862-SBA-1                             JUDGE: **SAUNDRA BROWN ARMSTRONG**

**CONNELL BRADLEY** (Present; In Custody)
DEFENDANT(S)

| | |
|---|---|
| **Frank Riebli appearing for Michelle Kane** | **John Paul Reichmuth** |
| U.S. ATTORNEY | ATTORNEY FOR DEFENDANT(S) |
| | |
| Deputy Clerk: Nikki D. Riley | **Diane Skillman** |
| | Court Reporter |
| | |
| N/A | **Nicole Brown** |
| Interpreter | Probation Officer |

PROCEEDINGS

**REASON FOR HEARING:** Admission/Disposition Re Supervised Release Violation-HELD

**RESULT OF HEARING:** The Defendant is advised of his rights, waives his right to a formal hearing, and admits charges one, two, three, five, six and seven of the Third Amended Petition for Arrest Warrant for Offender Under Supervision filed October 5, 2017. The Defendant stipulates that charge four can be proven by a preponderance of evidence, and the Court so finds. The Court revokes supervised release and sentences Defendant to: 13 months BOP; 23 months supervised release under the previously imposed conditions. The Defendant is remanded into the custody of the U.S. Marshal. The Court recommends that he be designated to a facility that can accommodate his medical and mental health needs, including ambulatory assistance and psychiatric evaluation and treatment.

**JUDGMENT:** See J&C for additional details.